UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>    vs.<br><br>ADT, LLC,<br><br>           Defendant.<br>_____/ | CASE NO. CV F 14-0044 LJO SMS<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 5.) |

   Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

   1.   DISMISSES with prejudice this entire action and all claims and pursuant to the terms of the parties' stipulation;

   2.   VACATES all pending dates and matters, including the February 18, 2014 motion to dismiss hearing and April 16, 2014 scheduling conference which are deemed moot with dismissal; and

   3.   DIRECTS the clerk to close this action.

IT IS SO ORDERED.

   Dated:   **February 5, 2014**            **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28